No. 15-2440

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.**, <br><br>*Plaintiff*, <br>v. <br><br>**ANTHONY SMITH, et al.**, <br><br>*Defendants-Appellees.* <br><br>Appeal of: <br><br>**PAUL HANSMEIER**, <br>*Attorney.* | On Appeal from the U.S. District Court for the Southern District of Illinois, No. 3-12-cv-00889-DRH <br><br> Honorable David R. Herndon, Judge Presiding <br><br> **NOTICE OF NON-INVOLVEMENT** |

Defendants-Appellees Comcast Cable Communications, LLP, and Comcast Corporate Representative No. 1, hereby give notice that they are not involved in this Appeal and will not participate in the Circuit Rule 33 Settlement Conference.

　　　　　　　　　　　　　　　　　 */s/ John D. Seiver*
　　　　　　　　　　　　　　　　　John D. Seiver
　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　1919 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　Washington, DC 20006-3401
　　　　　　　　　　　　　　　　　(202) 973-4200

　　　　　　　　　　　　　　　　　*Attorneys for Appellees*
　　　　　　　　　　　　　　　　　*Comcast Cable Communications LLC and*
　　　　　　　　　　　　　　　　　*Comcast Corporate Representative No. 1*

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, I electronically filed the foregoing NOTICE OF NON-INVOLVEMENT with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John D. Seiver*