# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## R31 CASE SUBMITTED

July 24, 2015

| | |
|---|---|
| No. 15-2440 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEAL OF: PAUL HANSMEIER, Attorney |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon | |

The following are before the court:

1. **NOTICE OF NON-INVOLVEMENT**, filed on July 22, 2015, by counsel for appellees SBC Internet Services, LLC. And AT&T Corporate Representative No. 1.

2. **NOTICE OF NON-INVOLVEMENT**, filed on July 23, 2015, by counsel for appellee Comcast Cable Communications, LLP.

Defendant-appellee SBC Internet Services, LLC, f/k/a SBC Internet Services, Inc., d/b/a AT&T Internet Services and defendant-appellee Comcast Cable Communications, LLC, have notified the court that they will not be participating in this appeal.  Accordingly, this appeal will be submitted for decision without the filing of briefs or participation in oral argument by these appellees. A copy of this order will be distributed to the assigned merits panel.

form name: **c7_R31_Case_Subm**(form ID: **200**)