# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

August 12, 2015

**By the Court:**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,<br>　　Plaintiff, | ] Appeals from the United<br>] States District Court for<br>] the Southern District of |
| Nos. 15-2440 and 15-2682　　v. | ] Illinois.<br>] |
| ANTHONY SMITH, et al.,<br>　　Defendants-Appellees. | ] No. 3:12-cv-00889-DRH-SCW<br>]<br>] David R. Herndon, Judge. |
| APPEALS OF:<br>　　PAUL HANSMEIER and<br>　　JOHN L. STEELE,<br>　　　Appellants. | ]<br>]<br>]<br>] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellants shall file their respective briefs and required short appendices on or before September 21, 2015.

2. Appellee Smith shall file his consolidated brief on or before October 21, 2015.

3. The appellants shall file their respective reply briefs, if any, on or before November 4, 2015.

- over -

Appellants are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellant's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Appellants, however, may not adopt the "Jurisdictional Statement" of another. Each appellant's brief must include a complete "Jurisdictional Statement". Appellee's brief must comply with Circuit Rule 28(b).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**