# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | Appeal No. 15-2440 |
| *Plaintiff*, | On Appeal from the U.S. District Court for the Southern District of Illinois, Case No. 12-889 DRH |
| *v.* | |
| **ANTHONY SMITH, et al.,** | **OPPOSITION TO ANTHONY SMITH'S MOTION TO DISMISS** |
| *Defendants*. | |

Non-party Appellant Paul Hansmeier respectfully opposes Appellee Anthony Smith's Motion to Dismiss Hansmeier's appeal, which Smith filed on August 13, 2015. The basis for Smith's Motion to Dismiss is that Hansmeier has not paid the appellate filing fee. After reviewing Smith's motion Hansmeier immediately contacted the Clerk of Court of the U.S. District Court for the Southern District of Illinois and corrected this oversight. Hansmeier's payment is reflected on the district court's docket. Hansmeier has previously filed two related appeals in this matter and timely paid his appellate filing fee. His failure to do so in this appeal was an administrative mistake. Hansmeier apologizes for the mistake. The appellate filing fee is not jurisdictional in nature. Smith has not experienced any prejudice due to the delay in Hansmeier's payment of the appellate filing fee. Smith's motion should be denied.

                                                        Respectfully submitted,

DATED:     August 14, 2015

                                      /s/ Paul Hansmeier
                                      Paul Hansmeier
                                      100 5th St. S. Suite 1900
                                      Minneapolis, MN 55402
                                      612-326-9801
                                      *In propria persona*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I served the foregoing Docketing Statement via the Court's ECF system upon counsel for Appellee.

/s/ *Paul R. Hansmeier*
Paul R. Hansmeier
