U.S. District Court
Southern District of Illinois

Notice of Electronic Filing     *15-2440*

The following transaction was entered on 8/13/2015 at 4:08 PM CDT and filed on 8/13/2015

**Case Name:** Lightspeed Media Corporation v. Smith et al
**Case Number:** 3:12-cv-00889-DRH-SCW
**Filer:**
**WARNING: CASE CLOSED on 03/22/2013**
**Document Number:** No document attached

**Docket Text:**
**USCA Appeal Fees received $ 505 receipt number 34625058990 re [140] Notice of Appeal filed by Paul Hansmeier.(cjo)**

**3:12-cv-00889-DRH-SCW Notice has been electronically mailed to:**

Andrew G. Toennies     atoennies@lashlybaer.com, skohler@lashlybaer.com

Bart Westcott Huffman     bhuffman@lockelord.com

Daniel G. Booth     dbooth@boothsweet.com

Jason E Sweet     jsweet@boothsweet.com

John D. Seiver     johnseiver@dwt.com

John L. Steele     johnlsteele33140@gmail.com

Paul Hansmeier     prhansmeier@thefirm.mn

Paul A. Duffy     pduffy@pduffygroup.com

Troy A. Bozarth     troy.bozarth@heplerbroom.com, alf@heplerbroom.com, par@heplerbroom.com

**3:12-cv-00889-DRH-SCW Notice has been delivered by other means to:**

Paul Duffy

Paul Hansmeier

U.S.C.A. – 7th Circuit
R E C E I V E D
AUG 13 2015   EF
GINO J. AGNELLO
CLERK