## IN THE UNITED STATES COURT OF APPEALS
### FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **LIGHTSPEED MEDIA CORP.,** | Appeal No. 15-2440 |
| *Plaintiff,* | On Appeal from the U.S. District Court for the Southern District of Illinois, Case No. 12-889 DRH |
| *v.* | |
| **ANTHONY SMITH, et al.,** | **MOTION TO STAY APPELLATE PROCEEDINGS** |
| *Defendants-Appellee.* | |

Pursuant to Federal Rule of Appellate Procedure 27, appellant Paul Hansmeier respectfully requests that the Court stay all pending motions, the briefing schedule in this case and all other aspects of this appeal until the automatic stay arising under 11 U.S.C. § 362 is no longer in effect. Appellant Paul Hansmeier is currently proceeding under Chapter 13 of the U.S. Bankruptcy Code. This Court may take judicial notice of that bankruptcy case, which is pending in the District of Minnesota and is assigned case number 15-42460. The automatic stay arising under 11 U.S.C. § 362 applies to this appeal. *See Sheldon v. Munford, Inc.*, 902 F.2d 7 (7th Cir. 1991). *See also In re Byrd*, 357 F.3d 433, 439 (4th Cir. 2004) (collecting cases and stating, "The plain language of Section 362 stays appellate proceedings in actions originally brought against the debtor, even when it is the

debtor who files the appeal."). For these reasons, the Court should stay the

appellate proceedings applicable to appellant Paul Hansmeier.[1]

Respectfully submitted,

DATED:     August 17, 2015

/s/ Paul Hansmeier
Paul Hansmeier
100 5th St. S. Suite 1900
Minneapolis, MN 55402
612-326-9801
*In propria persona*

---

[1] Hansmeier does not request a stay of the appellate proceedings applicable to the
appellant with whom the Court consolidated Hansmeier's appeal.

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I served the foregoing Docketing

Statement via the Court's ECF system upon counsel for Appellee.


                        /s/ *Paul R. Hansmeier*
                          Paul R. Hansmeier