# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 18, 2015

*By the Court:*

| | |
|---|---|
| No. 15-2440 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEAL OF: PAUL HANSMEIER, Attorney |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon | |

The following are before the court:

1. **ANTHONY SMITH'S MOTION TO DISMISS APPEAL**, filed on August 13, 2015, by counsel for the appellee.

2. **OPPOSITION TO ANTHONY SMITH'S MOTION TO DISMISS**, filed on August 14, 2015, by counsel for the appellant.

3. **MOTION TO STAY APPELLATE PROCEEDINGS**, filed on August 17, 2015, by counsel for the appellant.

**IT IS ORDERED** that the motion to dismiss appeal is **DENIED**.

**IT IS FURTHER ORDERED** that the appellee file a response to the motion to stay proceedings and address whether the automatic stay provision of 11 U.S.C. § 362(a) applies to this appeal or whether it is subject to an exemption. The response is due by September 1, 2015.

form name: **c7_Order_BTC**(form ID: **178**)