# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ORAL ARGUMENT

December 29, 2015

| | |
|---|---|
| No. 15-2440 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br><br>v.<br><br>ANTHONY SMITH, et al., Defendants - Appellees<br><br>APPEAL OF: PAUL HANSMEIER, Attorney |
| No. 15-2682 | LIGHTSPEED MEDIA CORPORATION, Plaintiff<br>v.<br><br>ANTHONY SMITH, Defendant - Appellee<br><br>APPEAL OF: JOHN STEELE |
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>District Judge David R. Herndon ||
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00889-DRH-SCW<br>Southern District of Illinois<br>Court Reporter Laura Esposito<br>District Judge David R. Herndon<br>Clerk/Agency Rep Justine Flanagan ||

**IT IS ORDERED** that this case be orally argued on Thursday, February 18, 2016, in the Main Courtroom, Room 2721 of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m.

Minutes to be assigned later. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

**IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk ( 312-435-5850 ) who will present oral argument by completing the oral argument confirmation form and filing an electronic copy of the completed form through the Electronic Case Filing (ECF) System. Notice of this case entry must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

Copies of this notice have been sent to counsel of record.

**NOTE:**Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other parties and must be received by the court within five (5) calendar days from the date at the top of this notice. Postponement will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

NOTE
Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

form name: **c7_NoticeOfOralArg**(form ID: **156**)