Case: 15-2440     Document: 50     Filed: 07/19/2016     Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604 | | Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov |

## FINAL JUDGMENT

July 19, 2016

Before:

DIANE P. WOOD, Chief Judge
MICHAEL S. KANNE, Circuit Judge
DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| Nos. 15-2440 & 15-2682 | LIGHTSPEED MEDIA CORPORATION,
Plaintiff

v.

ANTHONY SMITH, et al.,
Defendants - Appellees

APPEALS OF: JOHN STEELE and  PAUL HANSMEIER |

| **Originating Case Information:** |
|---|
| District Court No: 3:12-cv-00889-DRH-SCW
Southern District of Illinois
District Judge David R. Herndon |

Hansmeier is in Chapter 7 bankruptcy and has no standing to appeal the sanctions against him. His appeal is therefore **DISMISSED**. Because the contempt sanction imposed against Steele was a criminal contempt imposed without the process required by the Fifth Amendment to the U.S. Constitution, it is **VACATED**. Finally, the district court acted within its discretion by imposing the discovery sanction against Steele, and so that part of its order is therefore **AFFIRMED**.

Lastly, we have before us Smith's Motion for Damages, Attorneys' Fees and Costs Pursuant to Federal Rule of Appellate Procedure 38 and 28 U.S.C. § 1927. In light of the fact that we are **REMANDING** the contempt portion of the district court's order, we **DENY** this motion. Each party will bear its own costs on appeal.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)